In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-107 CV


____________________



LARRY JAMES TREAKLE, Appellant



V.



JAMES L. HALL AND LAMAR A. ROACH, Appellees






On Appeal from the 58th District Court


Jefferson County, Texas


Trial Cause No. A-172195






MEMORANDUM OPINION (1)


 On March 31, 2005, we notified the parties that no appealable order had been
signed by the trial court. Subject to certain statutory exceptions not applicable in this case,
only final judgments are appealable. Tex. Civ. Prac. & Rem. Code Ann. §§ 51.012,
51.014 (Vernon 1997 & Supp. 2005). The act which will begin the period for perfecting
the appeal-signing the judgment -has not occurred. Accordingly, we hold the jurisdiction
over this case is still vested in the trial court. The appeal is dismissed for want of
jurisdiction.

 APPEAL DISMISSED FOR LACK OF JURISDICTION.

 PER CURIAM

Opinion Delivered May 12, 2005

Before McKeithen, C.J., Gaultney and Horton, JJ.
1. Tex. R. App. P. 47.4.